IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MDL CAPITAL MANAGEMENT, INC., ET AL.,

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY, ET AL.,

    Defendants.

05cv1396
(Consolidated with 06cv0389)
**Electronically Filed**

## Order of Court

And now, this 25th day of July, 2008, for the reasons set forth in the foregoing Memorandum Opinion it is HEREBY ORDERED that:

(1) Defendant's motion for summary judgment (doc. no. 173) is GRANTED.

(2) Plaintiffs' motion for summary judgment (doc. no. 179) is DENIED.

(3) Judgment is hereby entered in favor of defendant, Federal Insurance Company, and against plaintiffs.

(4) The Clerk shall mark the docket closed.

SO ORDERED this 25th day of July, 2008.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record